# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO VELA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES G. COX, *et al.*,<br><br>　　　　Defendants. | CASE NO.: 3:13-CV-00227-RCJ-VPC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#23[1]) entered on June 4, 2014, recommending that the Court deny Defendants' Motion to Dismiss (#17). Defendants filed their Limited Objection to the Magistrate Judge's Report and Recommendation (#24) on June 20, 2014.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#13) entered on May 14, 2014, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#23) is ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (#17) is DENIED.

IT IS SO ORDERED.

DATED: this 26TH day of June, 2014.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.