UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

RAMIRO VELA,

Plaintiff,

v.

R. BANNISTER, *et al.*,

Defendants.

CASE NO.: 3:13-CV-0227-RCJ-VPC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #40) entered on January 23, 2015, in which the Magistrate Judge recommends the Court grant Defendants' Motion for Summary Judgment (ECF #30).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #40).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #30) is GRANTED.  The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 10th day of February, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE